**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7314**

WRITER'S EMAIL ADDRESS
**donaldreinhard@quinnemanuel.com**

July 14, 2022

<u>Via ECF</u>

Hon. Cheryl L. Pollak
Chief Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza east
Brooklyn, New York 11201

Re: <u>*Saft America Inc. v. Bren-Tronics, Inc.*</u> - Case No. 21-cv-3303

Dear Judge Pollak:

      Pursuant to Your Honor's electronic order dated July 1, 2022, we write on behalf of the parties to report that the parties have agreed upon and executed a long form settlement agreement, which resolves the claims in this case. Pursuant to the terms of that settlement agreement, Plaintiff will file a stipulation of dismissal within the next 2-3 business days.


Respectfully submitted,

<u>*/s/ Donald J. Reinhard*</u>


Donald J. Reinhard


CC: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH