UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAFT AMERICA INC., <br><br> Plaintiff, <br><br> v. <br><br> BREN-TRONICS, INC., <br><br> Defendant. | Case No. 21-cv-3303 (ENV) (CLP) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS STIPULATED AND AGREED, by and between Plaintiff Saft America Inc. and Defendant Bren-Tronics, Inc., that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, this action, and all claims and counterclaims asserted or that could have been asserted by the parties against each other therein, are hereby dismissed with prejudice.  Each party is to bear its own attorney's fees and costs.

Dated: July 20, 2022

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | CARTER LEDYARD & MILBURN LLP |
| By: /s/ Donald J. Reinhard, II | By: /s/ Gerald W. Griffin |
| Kevin S. Reed<br>Donald J. Reinhard, II<br>kevinreed@quinnemanuel.com<br>donaldreinhard@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>Fax: (212) 849-7100 | Keith D. Nowak<br>Jeffrey S. Boxer<br>Gerald W. Griffin<br>nowak@clm.com<br>boxer@clm.com<br>griffin@clm.com<br>Two Wall Street<br>New York, New York 10005<br>Tel: 212-732-3200<br>Fax: 212-732-3232 |
| Sean S. Pak (*pro hac vice*)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Fax: (415) 875-6700 | *Attorneys for Defendant Bren-Tronics, Inc.* |
| Christopher D. Porter (*pro hac vice*)<br>christopherporter@quinnemanuel.com<br>Pennzoil Place<br>711 Louisiana Street, Suite 500<br>Houston, TX 77002<br>Tel: (713) 221-7000<br>Fax: (713) 221-7100 | |
| Lance L. Yang (*pro hac vice*)<br>lanceyang@quinnemanuel.com<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3000<br>Fax: (213) 443-3100 | |
| *Attorneys for Plaintiff Saft America Inc.* | |